IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| ANTHONY BUSSIE, #64105050, | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | 3:14-CV-0279-D |
| | § | |
| JOHN BOEHNER, et al., | § | |
| Defendants. | § | |

### ORDER

After making an independent review of the pleadings, files, and records in this case, and the findings, conclusions, and recommendation of the magistrate judge, the court concludes that the findings and conclusions are correct.  It is therefore ordered that the findings, conclusions, and recommendation of the magistrate judge are adopted.  Plaintiff is barred by the three-strike provision, and his motion to proceed *in forma pauperis* is denied.  *See* 28 U.S.C. § 1915(g).

**SO ORDERED**.

February 28, 2014.

_____
SIDNEY A. FITZWATER
CHIEF JUDGE